UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR623-007 |
| ) | |
| SAMIR PATEL ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Daniel P. Griffin** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Daniel P. Griffin** be granted leave of absence for the following periods: August 23, 2023 through September 6, 2023.

**SO ORDERED**, this the 9th day of June, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA