UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR623-007 |
| | ) | |
| SAMIR PATEL | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Bruce H. Morris** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Bruce H. Morris** be granted leave of absence for the following periods: December 4, 2023 and December 21, 2023 through December 29, 2023.

**SO ORDERED**, this the 13th day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA